MICHELLE A. CHILDERS (SBN #197064)
michelle.childers@dbr.com
NATHAN D. CARDOZO (SBN #259097)
nathan.cardozo@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:     (415) 591-7500
Facsimile:      (415) 591-7510

Attorneys for Defendants
ETHICON, INC. (on its own behalf and behalf of its
Division, ETHICON WOMEN'S HEALTH &
UROLOGY, and erroneously sued as GYNECARE,
INC.); and JOHNSON & JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GINA LAFORGE, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>GYNECARE, INC., a California corporation; ETHICON, INC., a New Jersey corporation; JOHNSON & JOHNSON, a New Jersey corporation; and DOE MANUFACTURES ONE through ONE HUNDRED,<br><br>            Defendants. | Case No. 4:11-CV-00698-CW<br><br>**STIPULATION AND JOINT REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE AND ORDER**<br><br>Date:            May 24, 2011<br>Time:           2:00 p.m.<br>Courtroom:   2<br>Judge:          Hon. Claudia Wilken<br><br>Complaint Filed:  October 20, 2010<br>**Trial Date:       Not set** |

Pursuant to Local Rule 16-2(e) of the United States District Court of the Northern District of California, the parties request a continuance of the Case Management Conference as follows:

1. On February 15, 2011, the Court scheduled a Case Management Conference for May 24, 2011.

2. Due to scheduling conflicts, all parties have agreed to request that the Case Management Conference be continued for 60 days.  The parties further request that they be

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION & JOINT REQUEST FOR RELIEF
FROM CMC SCHEDULE & [PROPOSED] ORDER
SF01/ 759789.1

CASE NO. 4:11-CV-00698-CW

1  excused from the requirement (Local Rule 16-10(a)) that lead trial counsel attend the Case
2  Management Conference.
3     WHEREFORE Plaintiffs and Defendants, hereby stipulate by the undersigned counsel to
4  request that the Court continue the Case Management Conference currently set for May 24, 2011
5  for an additional 60 days or to a date convenient to the Court and that lead trial counsel be
6  excused from their obligation to attend that Case Management Conference.

7  Dated: May 6, 2011                                        DRINKER BIDDLE & REATH LLP

9                                                            By:/s/ *Nathan D. Cardozo*
10                                                               Nathan D. Cardozo

11                                                           Attorneys for Defendants
                                                             ETHICON, INC. (on its own behalf and behalf
                                                             of its Division, ETHICON WOMEN'S
12                                                           HEALTH & UROLOGY, and erroneously
                                                             sued as GYNECARE, INC.); and JOHNSON
13                                                           & JOHNSON

15  Dated: May 6, 2011                                       GIRARDI & KEESE

17                                                           By: */s/ Amanda Kent*
                                                                 Amanda Kent
18                                                               Thomas V. Girardi
                                                                 Amy Fisch Solomon
19                                                               Amanda Kent

20                                                           Attorneys for Plaintiffs

21     The Case Management Conference scheduled for May 24, 2011 is hereby continued until
22  July 26, 2011. Lead trial counsel must attend, unless excused upon a showing of good cause.
23     PURSUANT TO STIPULATION, IT IS SO ORDERED.

24  Dated: 5/6/2011                                          BY THE COURT

26                                                           By: [signature]
27                                                               Honorable Claudia Wilken
                                                                 United States District Judge

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION & JOINT REQUEST FOR RELIEF
FROM CMC SCHEDULE & [P~~ROPOSED~~] ORDER          - 2 -          CASE NO. 4:11-CV-00698-CW
SF01/ 759789.1