1   MICHELLE A. CHILDERS (SBN #197064)
    michelle.childers@dbr.com
2   NATHAN D. CARDOZO (SBN #259097)
    nathan.cardozo@dbr.com
3   DRINKER BIDDLE & REATH LLP
    50 Fremont Street, 20th Floor
4   San Francisco, CA  94105-2235
    Telephone:     (415) 591-7500
5   Facsimile:     (415) 591-7510

6   Attorneys for Defendants
    ETHICON, INC. (on its own behalf and behalf of its
7   Division, ETHICON WOMEN'S HEALTH &
    UROLOGY, and erroneously sued as GYNECARE,
8   INC.); and JOHNSON & JOHNSON

9

                      UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                           OAKLAND DIVISION
12

13
    GINA LAFORGE, an individual,            Case No. 4:11-CV-00698-CW
14
                    Plaintiff,              **STIPULATION AND JOINT REQUEST**
15                                          **FOR RELIEF FROM CASE**
           v.                               **MANAGEMENT SCHEDULE AND**
16                                          **ORDER**
    GYNECARE, INC., a California
17  corporation; ETHICON, INC., a New       Date:          July 26, 2011
    Jersey corporation; JOHNSON &           Time:          2:00 p.m.
18  JOHNSON, a New Jersey corporation; and  Courtroom:     2
    DOE MANUFACTURES ONE through            Judge:         Hon. Claudia Wilken
19  ONE HUNDRED,
                                            Complaint Filed:  October 20, 2010
20                  Defendants.             **Trial Date:      Not set**

21

22          Pursuant to Local Rule 16-2(e) of the United States District Court of the Northern District

23  of California, the parties request a continuance of the Case Management Conference as follows:

24          1.      On February 15, 2011, the Court scheduled a Case Management Conference for

25  July 26, 2011.

26          2.      Due to the parties considering a proposal put forward by Plaintiff for the potential

27  dismissal of this lawsuit, all parties request that the Case Management Conference be continued

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION & JOINT REQUEST FOR RELIEF
FROM CMC SCHEDULE & [PROPOSED] ORDER          CASE NO. 4:11-CV-00698-CW
SF01/ 771560.1

1   60 days.

2         WHEREFORE Plaintiffs and Defendants, hereby stipulate by the undersigned counsel to

3   request that the Court continue the Case Management Conference currently set for July 26, 2011

4   for an additional 60 days or to a date convenient to the Court.

5   Dated: July 13, 2011                     DRINKER BIDDLE & REATH LLP

6

7                                By:/s/ *Michelle A. Childers*

8                                  Michelle A. Childers

9                               Attorneys for Defendants
    ETHICON, INC. (on its own behalf and behalf
    of its Division, ETHICON WOMEN'S

10                              HEALTH & UROLOGY, and erroneously
    sued as GYNECARE, INC.); and JOHNSON

11                              & JOHNSON

12

13  Dated: July 13, 2011                    GIRARDI & KEESE

14

15                               By: */s/ Amanda Kent*

16                                 Amanda Kent
    Thomas V. Girardi
    Amy Fisch Solomon

17                                 Amanda Kent

18                              Attorneys for Plaintiffs

19        The Case Management Conference scheduled for July 26, 2011 is hereby continued until

20  **September 20**, 2011.

21        PURSUANT TO STIPULATION, IT IS SO ORDERED.

22  Dated:  **7/18/2011**                   BY THE COURT

23

24                           By

25                            Honorable Claudia Wilken
    United States District Judge

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION & JOINT REQUEST FOR RELIEF
FROM CMC SCHEDULE & [PROPOSED] ORDER
SF01/ 771560.1          - 2 -          CASE NO. 4:11-CV-00698-CW